IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                      ORDER

        Plaintiff,

                      05-cr-136-bbc

  v.

LARRY McGEE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   Defendant Larry McGee has moved for a reduction in his sentence under 18 U.S.C. § 3582, The Fair Sentencing Act of 2010 and U.S.S.G. Amendments 750 and 759. He argues that under the court of appeals' recent decision in United States v. Wren, 2013WL45213 (7th Cir. 2013), he qualifies for a reduction in his sentence.

   The government may have until March 18, 2013 to respond to defendant's motion. This is not the first time that defendant has sought a § 3582 reduction in his sentence under the Fair Sentencing Act, see dkts. #62, 63 and 64, so the government should address the question whether defendant may bring a successive motion for relief under § 3582 in light of United States v. Redd, 630 F.3d 649 (7th Cir. 2011). Defendant may have until April 1,

1

2013 in which to file a reply to the government's submission.

Entered this 5th day of March, 2013.

>BY THE COURT:

>/s/

>BARBARA B. CRABB
>District Judge